UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARCI L. STONE,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant(s). | CASE NO. C24-5728-KKE<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court GRANTS Plaintiff's *in forma pauperis* application, Dkt. No. 1, and ORDERS:

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

2. Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

Dated this 6th day of September, 2024.

*Kymberly K. Evanson*
───────────────────────────
Kymberly K. Evanson
United States District Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1