IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| Darci L. Stone,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:24-cv-05728-KKE<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

The Court GRANTS Defendant's Unopposed Motion to Amend the Scheduling Order (Dkt. No. 11), it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 20, 2025, to file Defendant's responsive brief.
- Plaintiff shall have up to and including March 6, 2025, to file the optional reply brief.

All other briefing requirements listed in the original case schedule (Dkt. No. 8) remain in effect.

DATED this 3rd day of January 2025.

Kymberly K. Evanson
United States District Judge