IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DARCI L. STONE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:24-cv-05728-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

The Court GRANTS the parties' stipulated motion to remand (Dkt. No. 13). It is hereby ORDERED that this case be reversed and remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will direct the Administrative Law Judge to evaluate the prior administrative medical findings and the medical opinion evidence in accordance with 20 C.F.R. § 404.1520c, focusing on both the supportability and consistency factors; include all supported functional limitations in the residual functional capacity; if warranted, obtain information from a vocational expert to determine the effects of the assessed limitations on the

occupational base; and offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

Dated this 19th day of February, 2025.

Kymberly K. Evanson
United States District Judge