UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARCI L. STONE, | CASE NO. C24-5728-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Plaintiff filed a motion styled on the docket as an unopposed motion, without the signature of opposing counsel. Dkt. No. 17. The conclusion section of the motion does not characterize the relief requested as stipulated or requested by both parties, although the introduction references an agreement of the parties. *See id*. at 1, 6. The caption of the motion does not identify the motion as stipulated or unopposed. *Id*. at 1. Given this lack of clarity, the motion (Dkt. No. 17) is DENIED without prejudice to refiling as either a contested motion noted in accordance with the Local Rules, or a stipulated motion signed by all parties.

Dated this 16th day of May, 2025.

        Ravi Subramanian
        Clerk

        */s/Alejandro Pasaye Hernandez*
        Deputy Clerk