UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARCI L. STONE,

               Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C24-5728-KKE

ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES

This matter comes before the Court on the parties' stipulated motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Dkt. No. 20. Based on the parties' stipulated motion and the supporting documents, the Court GRANTS the motion and AWARDS attorney's fees in the amount of $8,074.08 to Plaintiff under 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to H. Peter Evans, based upon Plaintiff's assignment of this fee to her

attorney. The check for EAJA fees shall be mailed to Plaintiff's attorney at 222 N.E. Park Plaza Drive, Suite 113; Vancouver, WA 98684.

Dated this <u>19th</u> day of May, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR ATTORNEY'S FEES - 2